JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| YOUNAS NEBIYU GEBRU,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RADEL, U.S. Citizenship and Immigration Services Los Angeles Asylum Office Director, ET AL.,<br><br>Defendants. | No. 8:24-cv-00634-DDP-DFMx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Dean D. Pregerson<br>United States District Judge |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until August 15, 2025.

Dated: May 29, 2024

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE